JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | Case No. CV 23-3390-DMG (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BEYOND CBD AND VAPE (d/b/a BEYOND TRADING), and FARID AKROUSH, | |
| Defendants. | |

The Court having granted Plaintiff GS Holistic's Motion for Default Judgment [Doc. # 19] by Order dated August 25, 2023,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendants Beyond CBD and Vape (d/b/a "Beyond Trading") and Farid Akroush, who are joint and severally liable for the following amount: $150,000 in statutory damages and $1,236.44 in costs.

Defendants, their agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with them are hereby **PERMANENTLY RESTRAINED** and **ENJOINED** from directly or indirectly engaging in, or authorizing or assisting any third party to

engage in, any further infringement of the Stündenglass marks, including but not limited to:

    a. Import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing, advertising, or promotion of the counterfeit Stündenglass product identified in the complaint and any other unauthorized Stündenglass product, counterfeit, copy, or colorful imitation thereof; and

    b. Pursuant to 15 U.S.C. § 1118, Defendants, at their cost, must deliver to the Plaintiff for destruction all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the Stündenglass Marks.

DATED: August 25, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE